Susan St. Vincent
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Docket 6:11-mj-00042-MJS |
| Plaintiff, | ) ) | MOTION TO DISMISS; AND ORDER THEREON |
| v. | ) ) | |
| SAMMY J. RUSTIN, | ) ) | |
| Defendant. | ) ) | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby requests that the complaint against the Defendant be dismissed in the interest of justice and moves the Court for an order of dismissal without prejudice.

Dated: June 16, 2011.                                    NATIONAL PARK SERVICE


                                                                              /S/
                                                                Susan St Vincent
                                                                Legal Officer


**ORDER**

IT IS SO ORDERED.

Dated:   June 20, 2011                       /s/ *Michael J. Seng*
                                                         UNITED STATES MAGISTRATE JUDGE

1